Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISS LAW**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>vs.<br><br>ZYMERGEN INC., JAY FLATLEY, TRAVIS MURDOCH, ROHIT SHARMA, STEVEN CHU, MATTHEW A. OCKO, CHRISTINE M. GORJANC, SANDRA E. PETERSON, and ZACH SERBER,<br><br>Defendants. | Case No. 3:22-cv-05222-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: October 19, 2022 | **WEISS LAW** |
| | By: */s/ Joel E. Elkins* |
| | Joel E. Elkins<br>611 Wilshire Blvd., Suite 808<br>Los Angeles, CA 90017<br>Telephone: 310/208-2800<br>Facsimile: 310/209-2348<br>       -and-<br>Michael Rogovin<br>476 Hardendorf Ave. NE<br>Atlanta, GA 30307<br>Telephone: 404/692-7910<br>Facsimile: 212/682-3010 |
| | *Attorneys for Plaintiff* |